NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MICHEL THOMAS,                          )
                                        )
          Appellant,                    )
                                        )
v.                                      )          Case No. 2D18-1699
                                        )
STATE OF FLORIDA,                       )
                                        )
          Appellee.                     )
                                        )
_____ )

Opinion filed April 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Charlotte County; George C. Richards,
Judge.

Michel Thomas, pro se.


PER CURIAM.


          Affirmed.


CASANUEVA, MORRIS, and BLACK, JJ., Concur.